*Appeal No. 25-2491*

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NORTHWEST ASSOCIATION OF INDEPENDENT SCHOOLS, et al.,

*Plaintiffs-Appellants,*

v.

RAÚL LABRADOR, in his capacity as the Attorney General for the State of Idaho, et al.,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the District of Idaho
Hon. Amanda K. Brailsford
Case No. 1:24-cv-00335-AKB

**PLAINTIFFS'-APPELLANTS' OPPOSITION TO DEFENDANTS'-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

WENDY J. OLSON
wendy.olson@stoel.com
NICOLE C. HANCOCK
nicole.hancock@stoel.com
STOEL RIVES LLC
101 S. Capitol Boulevard, Suite 1900
Boise, ID 83702
Telephone: (208) 389-9000

LATONIA HANEY KEITH
lhaney@post.harvard.edu
MCKAY CUNNINGHAM
cunninghammckay@gmail.com
877 W. Main Street, Suite 503
Boise, ID 83702
Telephone: (512) 983-8000

HAYLEY STEELE
steelehc@ballardspahr.com
BALLARD SPAHR LLP
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: (612) 371-3211

CAREY R. DUNNE
carey@freeandfair.org
KEVIN TROWEL
kevin@freeandfair.org
ZACK GOLDBERG
zack@freeandfair.org
MARTHA REISER
martha@freeandfair.org
FREE & FAIR LITIGATION GROUP
266 West 37th Street, 20th Floor
New York, NY 10018
Telephone: (646) 434-8604

DAVID L. AXELROD
axelrodd@ballardspahr.com
LESLEY F. WOLF
wolfl@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500

129164845.1 0099880-01552

Counsel for Plaintiffs-Appellants Northwest Association of Independent Schools, Sun Valley Community School, Inc., an Idaho non-profit corporation, and Foothills School of Arts and Sciences, Inc. (collectively, "Plaintiffs") respectfully oppose Defendant-Appellee Idaho Attorney General Raul Labrador's motion for a 21-day extension of time in which to file an answering brief. (Dkt. No. 21.) Plaintiffs do not object to a seven-day extension within which Defendant-Appellant must file an answering brief, from June 12, 2025 to June 19, 2025, but respectfully request that the Court deny Defendant-Appellee Labrador's request for a longer extension.

Plaintiffs—two independent schools in Idaho and an association of 109 independent schools across the Pacific Northwest—appeal from the district court's denial of their motion to preliminarily enjoin Idaho House Bill 710 as violative of their rights under the First and Fourteenth Amendments to the U.S. Constitution to provide their minor students with non-obscene materials. The issues presented on appeal are pure questions of law that have been extensively briefed before the District Court. *See* 24-cv-00335-AKB (D. Idaho). Plaintiffs' opening brief contains just over 12,000 words, well below the 14,000-word limit provided for by this Court's rules.

Plaintiffs respectfully submit that a seven-day extension to June 19, 2025, is sufficient to ensure that Defendant-Appellee Labrador has adequate time to brief

the issues raised by this appeal. The questions of law raised by this appeal affect Plaintiffs' day-to-day operations and Plaintiffs' therefore have a substantial interest in resolving them expeditiously. An extension of seven days will adequately protect these interests and ensure that the matter remains on the expedited track contemplated by Ninth Circuit Rule 3-3 ("Preliminary Injunction Appeals").

DATED: June 6, 2025

Respectfully submitted,

STOEL RIVES LLP
/s/ Wendy J. Olson
Wendy J. Olson
Nicole C. Hancock

/s/ Latonia Haney Keith
Latonia Haney Keith

/s/ McKay Cunningham
McKay Cunningham

FREE + FAIR LITIGATION GROUP
/s/ Carey Dunne
Carey R. Dunne
Kevin Trowel
Zack Goldberg
Martha Reiser

BALLARD SPAHR LLP
/s/ David L Axelrod
David L. Axelrod
Lesley F. Wolf
Hayley Steele

*Attorneys for Plaintiffs*